```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SHANNON WEBB,                         :
                                      :
                     Plaintiff,       :
              -v-                     :      21cv8244(DLC)
                                      :
PFIZER, INC.,                         :         ORDER
                                      :
                     Defendant.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

      IT IS HEREBY ORDERED that the initial pretrial conference scheduled for January 13, 2022 is adjourned <u>sine die</u>.

Dated:    New York, New York
           January 10, 2022

                                            _____
                                                  DENISE COTE
                                        United States District Judge